# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDION HEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRATEGIC UNIVERSAL ADVISORS, LLC, et al., <br><br> Defendants. | Case No.: 18-CV-0200 W (KSC) <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT [DOC. 9]** |

Pending before the Court is a joint motion for an extension of time for Defendants to respond to the Complaint. [Doc. 9.] Good cause appearing, the Court **GRANTS** the joint motion.

//
//
//
//
//
//
//

1

Defendant must respond to the Complaint on or before **Tuesday, March 6, 2018**.[1]

**IT IS SO ORDERED.**

Dated: February 28, 2018

_____
Hon. Thomas J. Whelan
United States District Judge

---

[1] This order takes effect *nunc pro tunc* to the date received, Tuesday, February 27, 2018.